UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Robert Bailey,

              Plaintiff,

v.

Creekside Association, John Mesenbrink,
Larry Gensmer, Premier Development,
Inc.,

              Defendants.

Case No. 09-CV-668 PJS/JJG

**STIPULATION OF DISMISSAL**

---

    **IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that all of the plaintiff's claims in the above-entitled action may be, and the same hereby are, dismissed with prejudice and on the merits, but without further cost to any of the parties hereto.

    **IT IS FURTHER STIPULATED AND AGREED,** that any party, without notice to another, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

DATE: March 30, 2010

                                        **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

                                        /s/ David E. Nardolillo
                                        Counsel for Plaintiff
                                        License #: MN 0388108
                                        2800 LaSalle Plaza
                                        800 LaSalle Avenue
                                        Minneapolis, MN 55402
                                        (612) 349-0810

81390207.1

DATE: March 30, 2010                    **TOMSCHE, SONNESYN & TOMSCHE, P.A.**

/s/ Michael J. Tomsche
Counsel for Defendants John Mesenbrink and Creekside Association of Prior Lake
License #: MN 0213512
610 Ottawa Avenue North
Minneapolis, MN 55422
(763) 521-4499


DATE:  March 30, 2010                    **JEFFREY W. KENNEDY PLC**

/s/ Jeffrey W. Kennedy
Counsel for Defendants Larry Gensmer and Premier Development, Inc.
License #: MN 0055141
525 First Avenue East
Shakopee, MN 55379
(952) 445-7270