UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

ROBERT BAILEY,                                             Civil No. 09-CV-0668 (PJS/JJG)

       Plaintiff,

v.                                                       ORDER OF DISMISSAL

CREEKSIDE ASSOCIATION, JOHN
MESENBRINK, LERRY GENSMER
and PREMIER DEVELOPMENT, INC.,

       Defendants.

---

      Based upon the Stipulation of Dismissal filed by the parties on March 30, 2010 [Docket No. 21],

      IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: March 31, 2010                                  s/Patrick J. Schiltz
                                                                    Patrick J. Schiltz
                                                                    United States District Judge